Wayne G. Herner, Psy.D. NCSP
Licensed Psychologist
7400 New LaGrange Road
Louisville, Kentucky 40222
502-640-1245

## Confidential Forensic Psychological Evaluation

08/16/2016

Name:             Howard Chambers
Date of Birth:    12/30/1951
Case number:      3:14 CR-108-H
Age:              64
Location:         Marion County Detention Center
Evaluation Date:  06/10/2016
Defense Attorney: Hon. Rob Eggert; Hon. Scott Cox
Examiner:         Wayne G. Herner, Psy.D.

REFERRAL INFORMATION

Mr. Cox, the defendant's attorney, referred Mr. Chambers to me for evaluation. The referral question involved an assessment regarding psychological status and potential for future risk. Mr. Chambers is charged with knowingly, affecting interstate commerce, enticed, harbored, provided, obtained, and maintained by any means a person that had not attained the age of 14 years who was caused to engage in commercial sex acts, that is any sex act on account of which anything of value is given to and received by any person.

NOTIFICATION

On the day of the evaluation I met with Mr. Chambers at the Marion County Detention Center in Lebanon, Kentucky. I informed him of the nature and the purpose of my meeting with him. He was told that the information furnished me would not be held in strict confidence and that information given would be provided to his attorney for possible use in planning his defense. He was told that if his attorney and he together decided to use my evaluation results, then details and summary information would be provided to the judge and prosecutors in this case.

Mr. Chambers acknowledged that he understood the aforementioned notification.

1

TESTS ADMINISTERED

Protocols completed and test procedures attempted included the following:

- Clinical observations
- Clinical Interview
- Review of Indictment
- Review of plea agreement
- Review of Mr. Chambers statement
- Personality Assessment Inventory (PAI)
- Sex Offender Risk Assessment Guide

CLINICAL OBSERVATIONS AND HISTORY

Mr. Chambers was evaluated at the Marion County Detention Center. He is a 64-year-old Caucasian male that was wearing a prison jumpsuit at the time of the evaluation. He was alert, oriented and did not display any symptoms of a formal thought disorder. During the evaluation he was not in acute distress. He worked well with the examiner and exhibited a good command of the language. He appeared to be functioning well within the average range of intelligence with no difficulties with memory. He provided details of his history in a detailed manner. He worked well with the examiner and did not appear impulsive or distractible. Although initially reticent to discuss the nature of his charges, he did continue.

Brief History:

Mr. Chambers is a 64-year-old Caucasian male that's been married for 42 years. He has three children, ages 37, 34 and 29. A native of Macon, Georgia he moved to Kentucky to enter the Baptist seminary. He currently has a home in Lagrange, Kentucky.

While growing up in Macon, Georgia, Mr. Chambers' father worked as a meat cutter at Piggly Wiggly, usually six days per week. His mother was a night clerk and spent most of her day sleeping. The local Boys Club became his "babysitter," and Mr. Chambers admits spending a great deal of time there. It was during his middle school years that he alleges a few high school boys molested him at the Boys Club. He reports that all he can remember about the molestation was that it involved mutual masturbation. This allegedly occurred over a period of years.

Up until age 12 or 14 he slept with his father at night due to fear of drunks in the neighborhood banging on his door. He does not believe anything sexual occurred.

At age 16 he began working at a local funeral home where he often stayed the weekend. He alleges that on weekends the mortician, two "gay" men, and the pastor would come over and they would watch pornographic movies that involved heterosexuality, homosexuality, and beastiality. The mortician allegedly would crawl in his bed and attempt to have sex with him. According to Mr. Chambers he was able to prevent it.

Candidly he admits that he began masturbating around eight years of age, usually to pictures in catalogs and magazines.

Around age 17 he alleges being seduced by an older Avon lady that he believed was in her 30s. Although they did not have sexual intercourse he reports that she would have him come to her home and she would do a striptease and have him rub her breasts while he masturbated. This occurred from age 17 to 21.

At age 21 he married his wife whom he met at church. According Mr. Chambers he loves his wife, but candidly explains that over the years their sexual life became routine and unexciting. Around 2009 he began taking Viagra and Cialis and was masturbating 1 to 2 times per day. He spent a great deal of time on the computer viewing pornography, usually at night, entertaining his sexual fantasies. According to Mr. Chambers "*I felt like another person stepped inside of me, I became more obsessive.*" He reports that he became plagued with feelings of guilt, self-loathing, and self-hate and would "*Beg God to help me stop.*" Allegedly he called sex addicts anonymous but rationalize that he could control himself and subsequently did not go to a meeting. He admits that this became a "vicious cycle" that he could not end.

Mr. Chambers reports that he has never fantasized about having sex with a child. He explains however that he developed a "grandfather fantasy", which resulted in his current legal charge.

He describes growing up attending a "huge church" with over 2000 parishioners. He had a youth minister that he admired and felt that he wanted to do this with his life.

Academically he attended an all-male military high school. He then attended Mercer University where he obtained a bachelor's degree in communications. In 1993 he attended Southern Baptist Theological Seminary where he received a Master's degree in church music.

Mr. Chambers has no military history.

With regard to employment, prior to entering the seminary he worked in the banking business. He was a branch manager from 1975 to 1981. From 2009 to

3

2014 he was employed at DeHaven Baptist Church where he was associate pastor. In 1989 to 2009 he was associate pastor at Crestwood Baptist. Prior to that he worked at Tattnall Square Baptist where he was in charge of music and youth services.

Prior to his current charge he has never been arrested.

Mr. Chambers denies the use of alcohol or illegal drugs. He has never received any substance abuse treatment.

Medically, he believes he was treated for hypothyroid in the past. There is no history of head injury and he has never experienced seizure activity. In general he feels that he is in good health and weighs approximately 183 pounds. He was diagnosed with low testosterone and began using Andro gel and testosterone injections in 2005. Since the 2000's he has been prescribed Effexor 75 mg. for the treatment of depression.

Regard to formal mental health treatment he did receive treatment from Elizabeth Shelton M.D. during the early 2000's. He reportedly was placed on Effexor as a means to treat depression. During that time he was battling mood swings which vacillated from happy to flat, along with and internal anger. He denies having a bad temper or aggressive impulses.

## FORENSIC ASSESSMENT

The Personality Assessment Inventory was used to help gauge Mr. Chambers clinical and personality features. Validity indicators are also provided on this measure. The PAI is frequently used in forensic and clinical settings to help mental health professionals identify clinical areas of concern.

### Validity of Test Results

Regarding positive impression management, there is no evidence to suggest that Mr. Chambers was generally motivated to portray himself as being relatively free of common shortcomings or minor faults.

With respect to negative impression management, there are indications that he endorsed items that present an unfavorable impression. This result raises the possibility of a mild exaggeration of complaints and problems. Elevations in this range are often indicative of a "cry for help", or of a markedly negative evaluation of oneself and one's life.

### Clinical Features

The PAI clinical profile is marked by significant elevations, indicating the presence of clinical features that are likely to be sources of difficulty for Mr. Chambers. This pattern suggests a person who is unhappy, emotionally labile, and probably quite angry on some level. The disruptions in his life have apparently left him uncertain about his goals and priorities and tense and pessimistic about what the future may hold.

He reports a number of difficulties consistent with a significant depressive experience. The quality of his depression seems primarily marked by cognitive features such as negative expectancies and low self-esteem. He is likely to be quite pessimistic and plagued by thoughts of worthlessness, hopelessness, and personal failure.

Mr. Chambers also describes a number of problematic personality traits. He is likely to be quite emotionally labile, manifesting fairly rapid and extreme mood swings and, in particular, probably experiences episodes of poorly controlled anger. He appears uncertain about major life issues and has little sense of direction or purpose in his life as it currently stands. He is also quite impulsive and prone to behaviors likely to be self-harmful or self-destructive, such as those involving spending, sex, and/or substance abuse.

Additionally, he indicates that he occasionally experiences, or may experience to a mild degree, maladaptive behavior patterns aimed at controlling anxiety. The respondent current situation continues to distress him and produces recurrent episodes of anxiety.

He reports a personality style that involves a degree of adventurousness, risk-taking, and a tendency to be rather impulsive. Others may view him as pragmatic and perhaps unsympathetic in his relationships.

According to his self-report, he describes NO significant problems in the following areas: problems with empathy; undue suspiciousness or hostility; unusually elevated mood or heightened activity; difficulties with health or physical functioning.

### Self-Concept

The self-concept of Mr. Chambers appears to involve a generally negative self-evaluation that may vary from states of harsh self-criticism and self-doubt to periods of relative self-confidence and intact self-esteem. This fluctuation is likely to vary as a function of his current circumstances. During stressful times, he is prone to be self-critical and pessimistic, dwelling on past failures and lost opportunities with considerable uncertainty and indecision about his plans and goals for the future.

Interpersonal and Social Environment

Mr. Chambers' interpersonal style seems best characterized as open, genuine, and conforming. He is likely to be a somewhat unassuming individual who prefers to avoid the leadership role in social interactions and relationships. Although he is probably not shy or socially avoidant, he is likely to be most comfortable in the background of a social setting. He is likely to be seen by others as a warm, quiet individual who is fairly eager to please.

The Sex Offender Risk Appraisal Guide (SORAG) is a 14-item actuarial scale designed to predict violent, including hands-on, sexual recidivism among men who have committed at least one previous hands-on sexual offense. Follow-up studies of sex offenders using the SORAG have examined variations in sample (correctional releasees, forensic psychiatric hospital releasees, offenders supervised in the community), jurisdiction (Canada, United States, Europe), and variations in average follow-up time. The SORAG has been robust to these variations, and SORAG scores are consistently linearly related to an offender's probability of violent recidivism. Under optimum conditions, an accuracy of about .85 can be achieved. Mr. Chambers score on this instrument placed him within the low risk category, with a category score of 3.

**Conclusions**

Mr. Chambers is a 64-year-old that has been married for 42 years. He has pled guilty to federal charges involving knowingly, affecting interstate commerce, enticed, harbored, provided, obtained, and maintained by any means a person that had not attained the age of 14 years who was caused to engage in commercial sex acts, that is any sex act on account of which anything of value is given to and received by any person.

In this psychologist's opinion, Mr. Chambers is an individual that reportedly was exposed to numerous unhealthy and traumatic sexual encounters beginning during preadolescence, allegedly involving molestation, unwanted sexual advances by an employer, and seduction by an older lady beginning during his late teen years. His mother worked nights and was frequently unavailable during the day as she slept. As a young boy he was fearful of his neighborhood and would often sleep with his father.

Often when a child undergoes abuse or trauma (no matter where it may fall on the spectrum of intensity) there are not sufficient outlets for all the anger, confusion, despair, and grief that results from the betrayal. Children have limited means in which they can cope or self-medicate. Masturbation is one of the most accessible and available forms of numbing out, because you rely only on your own body to produce the intoxicating chemicals that soothe the pain. For many

sex and love addicts, masturbation was their first drug. Over time he began to compulsively masturbate, often with mixed emotions.

To qualify as sex/porn/masturbation addicts, individuals must meet the following three criteria:

- Loss of control over the behavior. In other words, the individual makes promises to himself and/or others to stop looking at porn and to stop masturbating, but he is unsuccessful in his attempts to quit or curtail these activities.

- Continuation despite significant adverse consequences. Porn and masturbation addicts experience health, relationship, financial, career, and other personal losses directly related to their porn use and compulsive masturbation, but they continue to engage in these behaviors anyway.

- Preoccupation to the point of obsession. Over time, the driving force of the individual's life is his "drug of choice," which happens to be porn and masturbation. Sex, porn and masturbating are always on his mind, always a possibility, always something he will drop everything else to experience.

Compulsive masturbators and sex addicts can develop a tolerance to their addictive behavior, meaning that over time they have to either masturbate more often or for longer periods of time to get the same level of pleasure, distraction, and escape. They can also experience emotional cravings if they are unable to engage in this behavioral distraction.

As Mr. Chambers grew older he became concerned about possible low testosterone as his libido diminished and relations with his wife became less frequent and less exciting. The primary hallmark of low testosterone is diminished sexual desire or libido, but other symptoms can involve erectile dysfunction, more difficulty achieving an orgasm, less-intense orgasms, a smaller amount of fluid from ejaculation, and a feeling of numbness in the penis when one sees or experiences something that would normally be arousing. He sought treatment using Andro- gel and testosterone injections to increase his libido.

Further, it is this psychologist's opinion that Mr. Chambers is an individual that has battled a sense of emptiness and low self-esteem over the years which he attempted to remedy through fantasy and compulsive masturbation.

From a risk perspective, Mr. Chambers obviously has one static risk factor (historical) related to his offense. He does not exhibit dynamic risk factors that increase his risk for recidivate in such as, alcohol or drug use, aggression, pro-

criminal attitude, lack of desire to interact socially, bad temper, or negative social influences. He has a good support network with his family. Aside from his current charges he does not have a history of criminal activity or substance abuse

Personal resources that help prevent future risk include his age, education, openness for treatment, family support, and with sex offender treatment the ability to make exercise better decision-making and impulse control. He acknowledges that he needs help and has the motivation to actively work on his addiction.

As Mr. Chambers ages, his libido (sex drive) will continue to naturally diminish and the skills obtained through treatment will help him redirect his energies and actions in a healthy controlled manner, thus continuing to diminish his risk to reoffend. Restricting libido enhancing medication will also help reduce his sexual impulse. Sex offender treatment is effective, particularly for motivated individuals, such as Mr. Chambers.

Thank you for allowing me to assist on this case. I appreciate the opportunity to have been of service, and if I can provide further information or elucidation on the findings contained herein, please do not hesitate to call upon me.

Respectfully submitted,

*Wayne Herner*

Wayne Herner, Psy.D. NCSP, M.S.
Licensed Psychologist
Post-Doctoral Master's Degree Psychopharmacology

# Wayne G. Herner, Psy.D. NCSP
**Licensed Psychologist**

Home:
12703 Old Henry Rd.
Louisville, Kentucky 40223

Business:
7400 New LaGrange Rd. Suite 310
Louisville, Kentucky 40222
(502) 640-1245

## Education

| | |
|---|---|
| 1975-1979 | B.A. Psychology<br>Minor: Therapeutic Recreation<br>Western Kentucky University |
| 1979-1981 | Masters Degree<br>Clinical Psychology<br>Western Kentucky University |
| 1983-1986 | Specialist Degree (Psy.S.)<br>School Psychology<br>Spalding University |
| 1986-1990 | Doctor of Psychology Degree (Psy.D.)<br>Clinical Psychology<br>Spalding University |
| 2006-2008 | Post-Doctoral Masters Degree Psychopharmacology<br>Alliant University |
| 2008 | Oshershon Psychoanalytic Scholar<br>Fielding University |

## Pre-Doctoral Professional Training

Veterans Administration Medical Center-Doctoral Internship (1988-1989)
Ireland Army Hospital: Fort Knox, Kentucky
Family and Children's Agency: Louisville, Kentucky
Mas and Associates: Louisville, Kentucky
Ohio Valley Educational Cooperative-School Psychology Internship (1985-1986)

## Employment

| | |
|---|---|
| *1991-Current* | **Independent Private Practice**<br>Licensed psychologist<br>Forensic-Clinical-School-Emergency/Crisis<br>Louisville, Kentucky |
| *2009-2011* | **Kentucky State Reformatory**<br>Chief Psychologist and Director<br>Correctional Psychiatric Treatment Unit<br>Kentucky Department of Corrections<br>LaGrange, Kentucky |
| *2005-2009* | **Kentucky Department of Corrections**<br>**State Wide Director of Psychological Services**<br>Chief Psychologist<br>Licensed Psychologist Program Administrator |
| *1998-2008* | **Forensic and Clinical Psychology Group, LLC.**<br>**Partner**<br>Forensic, Clinical, School<br>Louisville, Kentucky |
| *1995-1998* | **Department of Juvenile Justice**<br>Maximum Secure Treatment Facility<br>Treatment Director/Chief Psychologist<br>Louisville, Kentucky |
| *1996-1998* | **Spalding University**<br>Adjunct Faculty-Department of Psychology<br>Louisville, Kentucky |
| *1989-1995* | **Bullitt County Juvenile Day Treatment**<br>Psychologist<br>Shepherdsville, Kentucky |
| *1991-1993* | **Jefferson Community College**<br>Psychology Instructor<br>Louisville, Kentucky<br><br>**Methodist Hospital** (part time)<br>Psychologist-Eating Disorders Program<br>Louisville, Kentucky |
| *1985-1988* | **Ohio Valley Educational Cooperative**<br>School Psychologist |

3

| | |
|---|---|
| *1983-1984* | ***Charter Hospital***<br>Substance Abuse-Outpatient Program<br>Certified Psychologist<br>Louisville, Kentucky |
| *1982-1984* | ***Regional Youth Services***<br>Certified Psychologist-Family therapist<br>Jeffersonville, Indiana |
| *1981-1982* | ***Grant-Blackford Mental Health Center***<br>Acute Psychiatric Emergency Services<br>Marion, Indiana |

### Professional Licensure

Licensed Psychologist (Clinical)-Kentucky #780
Certified School Psychologist- Kentucky, Indiana
Nationally Certified School Psychologist (NCSP)

### Awards

KAPS-Best Practices in Counseling (1990)
Employee of the Year-Kentucky State Reformatory (2009)

### Professional Organization Membership

Kentucky Psychological Association
National Association of School Psychologists (retired status)
International Critical Incident Stress Foundation
Kentucky Community Crisis Response Team (KCCRB)

### Committees

Psychopharmacology Committee-Chair-Kentucky Psychological Association (2009)
Validation Committee-Psychopathology Checklist (PCL-SV) (2004-5)
Learning Disabilities Steering Committee-Dept. of Education (1988)
Juvenile Justice Task Force (Kentucky)
Supervisor Pre-doctoral Psychology Internship-2010
Public Relations Committee (2004)-Kentucky Psychological Association
Pre-Doctoral APA Internship (2008-2011)

4

## Presentations

<u>Children's Anxiety Management Program</u>-Southeastern Psychological Association 1981
<u>Children's Violence-APA antiviolence initiative</u>- Kentucky Psychological Association 2004
<u>Ethical Issues in a Correctional Environment</u>-Kentucky Department of Corrections 2006
<u>Ongoing Suicide Prevention Workshop</u>-Kentucky State Reformatory 1999 to current
Weekly <u>Seminar</u> in forensic correctional issues-Kentucky State Reformatory
<u>Vitek Trainings</u> 2004, 2005, 2006 Kentucky State Reformatory
<u>Self-Mutilation in Forensic Settings</u>:  2006, 2007   Kentucky Psychological Association, Galen School of Nursing -Forensic Mental Illness
Malingering in forensic Settings:   Graduate student seminars
Numerous on-going mental health training for the KY. Department of Corrections
Abnormal Forensic Psychology Workshop- Southern States and Kentucky Council on Crime and Delinquency         (2006)
Psychiatric Terrorism-     Kentucky Council on Crime and Delinquency (2010)

## Specific Post Doctoral Forensic and Disaster Psychology Training

*Suicide Assessment and Intervention 1996*     Alan Berman Ph.D.
*Predicting Dangerousness         1996*                Phillip Resnick, M.D.
*Violence and Risk Assessment     1999*              Reid Meloy  Ph.D. ABPP
*Psychopathic Personality         1998*                Reid Meloy, Ph.D. ABPP
*Assessment of Violence Potential 1998*              Reid Meloy, Ph.D. ABPP
*Bridging Principles of Violence    1997*             Harold Hall, Ph.D. ABPP
*Dept. of Corrections Mental Health Training 2003*       varied presenters
*Violence Prediction and Risk Analysis  2000*         Harold Hall, Ph.D. ABPP
*American Association of Forensic Psychologists Intensive Workshop 2001 (St. Louis)*
*Post Traumatic Stress Disorder     2003*             Franklin Shaffer
*Assessing Psychopathy: Using the PCL-R/SV 2000*     Robert Hare, Ph.D.
*Theories of Sex Abuser Etiology      2001*           Dennis Wagner, Ed.D.
*Sinclair Sex Offender Training Seminars-2007*       *Sinclair Seminars*
*Advanced Training in Suicide Prevention 2006*       Phil Johnson, Ph.D. ABPP
<u>*Individual Crisis Intervention and Peer Support*</u>*-2008*     *ICISF*
<u>*Group Crisis Intervention*</u>*-2008*                      *ICISF*
*Sex Offender Assessment/Treatment Training -2010*   *Department of Corrections*
*M-FAST and IORNS                2010*               *Holly Miller Ph.D.*
*Military Service and Suicide     2010*              *LVAMC*
*Neuropsychology of Offenders     2014*              *American Board Prof. Psy.*
*Malingering Assessment            2014*              *Richard Rogers, PH.D.*
*Psychological Autopsy Certification Training 2014*  *Alan Berman (AAS)*

Forensic Experience: For over 20 years I have performed evaluations for juvenile, family, and state and federal courts and have testified for both prosecution and defense. I have worked on and testified on numerous high profile capital cases.   I worked as the

5

Forensic Evaluation - Page 12

Licensed Psychologist Program Administrator for Kentucky's Department of Corrections and was director of the Correctional Psychiatric Treatment Unit for 14-years. I have provided practicum and internship training for graduate Psychology students. My practice involves evaluations for forensic criminal and civil cases, substance abuse for UPS, social security disability claims, risk assessments (dangerousness), sexual predator risk assessments, vocational rehabilitation, health psychology, and school related concerns, Psychological Autopsy, and crisis debriefing. I am a team member of the Kentucky Community Crisis Response Board (KCCRB).