The Honorable Judge Joseph H. McKinley, Jr.                          8/29/2016
Chief Judge, United States District Court
Western District of Kentucky

I am the youngest daughter of Key Chambers. I am writing to you in hopes that you will
show my father mercy. It is hard to describe a thirty year relationship in just a few words
on a piece of paper, but I will try my best to give you insight into my father's life.

My father has lived an exemplary life of community service, witnessing faith and loving
deeply for others of family or of no relation.  I understand and am fully aware of the
egregious error that he has made. I have had two years to contemplate his actions and
have felt mixed emotions of anger and sadness. Having said this, I still believe in my
heart of hearts that this was a serious mistake and that he had absolutely no intention of
seeking the situation in which he currently finds himself.

The relationship I have had with my father is one that it is difficult to put into words; I
need him in my life like I need air to breath. He has been the most loving, kind, caring
and giving father that any child could ever ask for or want in a parent. I have had friends
and other family members over the years tell me that they wished that he was their father.

My father has travelled through this life for sixty four years and I must make a point that
no one else has come forward with accusations. My father has worked with hundreds of
children of all ages for the last forty five years and not once has anyone come forth with
complaints of any kind. I say this because I need you to understand that this was not
intentional and that this crime cannot define who he is.

Please know that all I want for the rest of my life is to see my father alive outside of
prison walls. I want to make and share in the memories to come. I need my children to
know who their grandfather is so that they will know the kind of father I had growing up.
I will continue to live for the memories I long for if you will please spare his life. I have
gone to visit my father at three of the detention centers they have had him transferred to
almost every weekend for the last two years. I make that drive every week because I
would do anything for either one of parents and I have to have him in life. Every time I
leave I wonder if it will be the last time I ever see him.

Judge McKinley, I beg of you to show mercy. I beg of you too look beyond his crime. I
beg of you to look at and consider the life he has led before this incident. Please do not
erase what he has spent a life time building. I know that he is truly sorry for the situation
that presents itself. I am sorry for this situation as well. He is the only father I have been
given in this life and I would not trade him for anything in the world. Please do not send
him away for the rest of his life and my family's. I humbly ask you for the minimum
sentence.
I would give my life for this man.


Erin C. Napier

August 16, 2016


Chief District Judge Joseph H. McKinley, Jr.
c/o Mr. Rob Eggert, Esq.
600 W. Main Street
Suite 300
Louisville, KY  40202


Subject:  <u>Mr. Howard Key Chambers</u>


Judge McKinley:

I have never written a letter like this one.  Howard Key Chambers is my friend and has been my friend for more than 30 years.  The man that I know is a caring, honest man.  He is dedicated to his family, to his faith, and to his friends like me.

I do not know the details of the charges against him;  I only know what I have read in the newspapers. The reported information does not sound like the man I have known for all of these years.  I cannot reconcile my knowledge with the newspaper accounts.  Had there been no guilty plea, I would have argued that the charges cannot be true.  I attended Church with him as part of a youth group when I was a teenager, and there was never any indication nor whisper of misconduct.  As an adult, my wife and I traveled and vacationed with Mr. Chambers and his family.  We have visited his home many times.  I can only imagine that he must have suffered some dark, mental break that I will never understand.  I am sorry that his actions hurt other people.

As you determine a sentence for Mr. Chambers, I ask that you consider that he has a family and a group of friends who care for him, who support him now, and who will support him in the future.  I ask that you consider that he has had a lifetime of service to other people.  I ask that you consider that his terrible actions do not represent a pattern of behavior.


Sincerely,

*Edward R. Davis, III*

Edward R. Davis, III


Indialantic, FL  32903

 **Reformation Ministries**
"It's Time for a New Reformation"

Stephen N. Johnson

The Honorable Chief District Judge Joseph H. McKinley, Jr.

Dear Judge McKinley:

Mercy. Mercy. Mercy. I plead for mercy on behalf of Howard Key Chambers.

I know that the judicial system has a job to do, and it must be done.

I know that Key Chambers broke the law and, in Christian terms, he sinned.

I know that Key Chambers has, as a matter of fact, given his life to the service of other people, the church, and the Kingdom of God. I have known Key Chambers since he was a young person in the church which I served as pastor. Since his ordination to the gospel ministry in 1988, his life has been about service. Multiplied hundreds could fill your court and testify to the good Key Chambers had done for them and the positive, personal blessing he has been to their lives.

Key made a terrible mistake. He failed his God, his church, his family, his ministerial calling, and himself. I know that in response to that failure, you must do your duty in your service and responsibility to your honorable court and the law.

Key is now sixty-four years old. I plead with you to be as merciful as you deem wise and advisable to enable him to have some semblance and modicum of time in the remaining years of his life with his wife and family and friends—who, notably and conspicuously, have stood by him throughout the terrible tragedy. Spiritually, professionally, and personally, Key is a broken man, both remorseful and repentant.

Justice must be done. I ask that, in your powerful position as Chief District Judge, that you mix mercy with justice in your deliberation and disposition of Howard Key Chambers.

Thank you for your every consideration.

Sincerely,

Stephen N. Johnson

---

P. O. Box 26722 • Macon, Georgia 31221 • (478) 743-8559 • Email: stevermi@cox.net
www.refmin.org
Reformation Ministries, Inc. is a 501(c)(3) corporation. All contributions are tax exempt.

To Chief District Judge Joseph H. McKinley Jr.,

Before I get started, I want you to know that I am both a daughter as well as a mother. I write this letter on behalf of my dear friend, Katherine Chambers Galbreath. We have been friends since our years working together as waitresses while attending college. Katie was your typical college girl, and it wasn't long until our friendship flourished and I had the opportunity to meet her family. I would see her parents sporadically over the next decade. We would bump into each other at bridal showers, when I was a bridesmaid and her father walked her down the aisle and gave her away to Rob, I witnessed when he gave away Katie's sister, Erin, and again at the baby showers I attended.

Katie has a long, emotional road ahead of her. She grew up with a loving father from October 25, 1978 to October 2014. The kind of man she knew she could depend on, the kind of man who would move heaven and earth for his children. Her world changed DRASTICALLY in October 2014. Life would NEVER be the same. I am requesting that when you sentence Key Chambers, you keep in mind his family. I know that the thought of her father dying in prison is one that she cannot bear. I request that you show mercy for the sake of his kids so that they may have a little time with him outside of the prison walls before he passes. Thank you for your consideration.


Sincerely,

Leslie Ann Jones

August 20, 2016

Dear Judge McKinley,

We have known Howard "Key" Chambers for more than 25 years. One could not ask for a better friend than Key. It takes a village to raise children and Key was a wonderful part of that village for a long time.

Our two daughters were in the Chambers' home on many occasions during their middle and high school years. They were always treated with love and respect by Key and his family. They have been on many church trips with Key; those trips were inspiring and fun for them. Our daughters continue to struggle to understand these recent actions involving their friend Key for it seems so out of character for him.

We spent many hours with Key and his family playing cards, eating meals together, and just "chewing the fat." They were our neighbors for many years and our friendship has meant a lot to us through the years.

We continue to struggle to understand Key's recent actions, but he has had our love and concern during this whole process. Knowing there are consequences for our actions, we would like to see him reunited with his family in the near future.

If our girls were not in other countries, we know they would want to join us in signing this letter of support for Key.

Sincerely,

John and Connie Lepper

Rob Eggert, Attorney
600 West Main Street, Suite 300
Louisville, Kentucky  40202
August 19, 2016

Attention:  Chief District Judge
Joseph H. McKinley, Jr.


Dear Judge McKinley,

This letter is in regard of Howard Key Chambers.  I have known Key for nearly twenty years.  As a co-worker with him at Crestwood Baptist Church I never saw anything that would cause any concern regarding his deportment in any area of his life.

Prior to my employment at the church I was a pastor's wife.  This being the case, I feel I became a fairly good judge of people.  I always regarded Key with the utmost respect of his integrity.  A few weeks before his arrest I sensed in Key a troubled spirit.  However, his arrest came as an unbelievable surprise.  I told my husband that Key would be the last person I would see doing this alleged crime.

Key's jovial personality was and is an endearment to me.   You couldn't be discouraged and be around Key.  A co-worker, and Key's best friend, died suddenly.  It left the church staff in a state of shock and grief.  Key brought us ought of that state and brought hope of seeing Don again.  His ability to bring unity out of chaos showed his love for us.  This held true in his every-day living.   If I would have ever need of spiritual counsel, I would never hesitate to go to Key, as a minister of the Gospel, for guidance.

Key was, is now and will always be my friend.  He has the Lord's forgiveness and he has mine.  That will never change.

Sincerely,

*Florence G. McCloskey*

Florence G. McCloskey

Norma M. Rash

Lawrenceburg, K. 40342

August 19, 2016

Chief District Judge
Joseph H. McKinley Jr.

Dear Judge McKinley,

I am writing today to offer my personal support for Key Chambers. I have known Key and his family for close to 20 years. I taught with his wife and sang in choirs Key directed for ten of those years. I consider myself a long-time friend.

The Key Chambers I knew was positive and supportive to everyone he worked with. He always had a smile on his face, a joke to share, and time to help those in need. One example I can recall is the night I encountered a young woman with a toddler and an infant in Walmart. She'd been abandoned by her husband in the parking lot, had no money and no place to go. I bought her some things but also called Key for guidance. He drove to us, took her and her children to a motel for the night and offered her extended aid the next day. This is but one time I can recall. There were many others. This was the man I knew: kind, loving and never too busy to help others.

I cannot condone what Key has done. But the man I knew had 60 plus years of being a servant to those around him. What could have caused this change in behavior is unfathomable to me. But I know he always had a good heart and my prayer is that you can show mercy in your choice of sentence. My prayer is that he can have some time to spend with his children and grand children in the days ahead.

Thank you for your time,

Norma Rash

Norma Rash

Chief District Judge Joseph H. McKinley, Jr

RE: Howard Key Chambers

My wife, Deborah, and I have known Key and Debra Chambers for 45 years and were their neighbors for 11 years in Macon, Georgia. Prior to that we lived in the Mercer University married student housing, a few doors away, when we were seniors at Mercer. We were also members of Tattnall Square Baptist Church and sang in the choir where Key was the Minister of Music.

Deborah and I invited Key and Debra on many occasions to our mountain home in Highlands, North Carolina. We have traveled extensively with them over the years and consider them some of our very closest friends. Our children grew up together and the Chambers have been guests in our home numerous times. We have also been guests in their home many times.

While we indisputably do not condone the actions and behavior that has occurred in Key's life, we can say unequivocally that we have known Key to be a respectful and law abiding citizen in the communities that he has served. We have never observed any atypical behavior throughout our long association with him. Our friendship spans in excess of 40 years and he has consistently demonstrated characteristics that are exemplary.

Mark A. Stevens
Macon, Georgia Community President
CenterState Bank
Macon, Georgia

Deborah Waters Stevens
Pre-K teacher
Tattnall Square Academy
Macon, Georgia

August 21, 2016

To The Honorable Chief District Judge Joseph H. McKinley, Jr.

RE: Howard "Key" Chambers

My name is Cindy Adams and I live in
LaGrange, Kentucky. I have known Key Chambers
for over seven years as we were both members of
ReHaven Baptist Church.

Key was our Associate Pastor and Choir Director
for several years. He was a wonderful Friend
to everyone and would help out with anything
that needed to be done for the church. He would
visit the sick at the Hospitals and the Nursing Homes.
He worked on Mission Projects, worked hard with the
Choir and he was the Assistant to our Senior Pastor.

We were all devastated when we learned of Key's
tragic mistake that he made.

Judge McKinley, I am asking that you please
consider giving Key the lowest possible sentence
so that he can spend some time with his
two grandson and his family.

I will be praying for you as you make your
decision regarding Key's Sentencing on Tuesday,
September 6, 2016 at 10:30 A.M.

Thank you for your time and consideration in this matter.
Cindy Adams

August 20, 2016

Dear Judge McKinley,

My name is Donna Hampton. I have been a friend of Key's and of the Chambers family for 29 years, ever since Key became a minister of music at Crestwood Baptist Church. I played piano and keyboard for the church choir and for the youth choir. Key was a much-beloved director for our choirs, and our church thrived under his direction. I also chaperoned many youth choir trips with Key. When Key became the minister of music at DeHaven Baptist Church, many Crestwood Baptist members followed him to DeHaven. Once again, Key was a dynamic and inspirational leader.

Key is a gentle man. He loves people of all ages. He always teased with our two kids and they spent many hours at Key's house, along with other kids in the youth group. Key even officiated our daughter's wedding. Key loves to laugh and have fun. Whenever Key is around, there are happy people. He loves God and I know his faith is helping him to survive each day.

Key was always like a brother to me. We are, of course, hurt by his tragic mistake and truly find it hard to imagine that Key could ever do such a thing. This is not in Key's nature AT ALL. Our family is praying that Key will not have to live out his days in a prison cell. We are asking that you would have mercy on him and grant him a lesser sentence.

Thank you so much for your consideration in this serious matter.

Sincerely,

Donna Hampton

La Grange, KY 40031

To: Chief District Judge Joseph H. McKinley, Jr.

From: E. Steven Smith, Ph.D.

Subject: Howard Key Chambers

Date: August 21, 2016

I have known Key Chambers for 50 years. We attended the same church as teenagers, were roommates for a year in college, played softball together, took family vacations together, and worked together with the youth of our church. Key served for approximately eight years as the Minister of Music and Youth at Tattnall Square Baptist Church in Macon, Ga. Until he and his family moved from Macon to attend Southern Seminary in Louisville, Ky. we were very close friends. Since that time we have been limited in our opportunities to visit with Key and his family but typically saw them about once a year. As a result, I have no way of judging his character during this more recent time.

I was appalled to hear of the crimes that Key confessed to and I have no idea what led to this abrupt change in his behavior. I unquestionably do not condone his recent behavior but I can undeniably say that while in Macon, Key was a man highly admired and well respected. He was a very positive influence on children and adults with whom he worked at church and school. I have personally witnessed the admiration that young children to senior adults had for Key. Key had countless friends in Macon who could also attest to his character and reputation. As stated earlier, I was one of his closest friends and I never observed any unusual behavior that would lead me to believe he was capable of such acts for which he has pleaded guilty.

In closing, I have great respect for your position and for the law and trust you with the decision regarding the sentence of Howard Key Chambers. However, I felt it should be noted that the man who stands before you for sentencing was once a man of the utmost character and one who was loved by all.

August 22, 2016

To:  Chief District Judge Joseph H. McKinley, Jr.

Ref:  Howard "Key" Chambers

Your Honor,

I have known Key Chambers all of my life.  I grew up at Crestwood Baptist
Church where he was my choir director in children's choirs, and then in
youth choirs.  I went on many choir tours with him.  I was and still am
friends with all three of his children.  In all my years of knowing him I have
never witnessed any form of misconduct on his part.  I know him to be a
great husband and father, a great friend and a great pastor and this is how
I continue to view him.

I am deeply saddened with the turn of events that have taken place in his
life.  I am not to judge him but to try and understand is really difficult.  I ask
for the court to grant him leniency.  I believe Key needs professional help
and pray that he is able to get that help however possible.

Thank you for your time.

Sincerely,

*Edward Scott Simpson*

Edward Scott Simpson

LaGrange, Ky. 40031

August 19, 2016

Chief District Judge Joseph H. McKinley, Jr.

Ref:  Howard Key Chambers

Dear Judge McKinley,

My name is Barbara Simpson and I have known Mr. Chambers, his wife and children for 40 years.  I have had many occasions to work alongside him during these years.  My husband and I traveled with him on at least 9 different youth choir tours to other states and never once observed any form of misconduct on his part.  I know him only as a kind and compassionate person, a wonderful family man, a great personal friend ad a mentor to not only myself but many many others   My two grown children were in youth choirs under his direction and traveled many miles with him on tours  They have a very high regard for him and still consider him to be the same caring pastor they have known over the years.

I, like everyone that knows Key, was so shocked and saddened at the turn of events that took place in his life.  I know from the kind of man he truly is, that he will live with the tragic mistake he has made the rest of his life.  I can only beg the courts leniency for him, allowing him to get the professional help he so desperately needs.

I am not his judge and my prayer is that he has asked for and received the forgiveness of our Heavenly Father and will continue to be a witness no matter the outcome   I personally have forgiven him, pray for him and his family daily and believe in my heart that he had some sort of mental or emotional breakdown and needs professional help

Thank you for taking the time to read my thoughts.

Regards,

*Barbara R. Simpson*

Barbara R. Simpson


Crestwood, Ky. 40014

August, 18 2016

The Honorable Joseph H. McKinley, Jr.
Chief Judge, United States District Court
Western District of Kentucky

Forty-three years ago today, Key Chambers and I were married after a three-year courtship. In all of those four decades plus of life together with him, never have I known him to be anything but an honorable man to me, our three children and their spouses, our two grandsons, (one not yet one year old), our friends, and our community. The horrible mistake he made two years ago has catapulted us all into a state of utter shock, endless questioning of How? and Why?, and the crashing of the happy and peaceful world which was ours. That justice must be meted out is a given, we all know. I am writing to implore you to be merciful by ruling on the lower end of the sentencing range, first, for his future safety as he pays his debt to society and, second, on behalf of his progeny, that they can have hope for time to spend together with him in this life.

I would like to present a few understandings of Key's character from my perspective as his life-long soul mate, beginning with his humility. His parents were never educated past the eighth grade. His father's vocation was as a meat cutter at a local Piggly Wiggly in Macon, Georgia; his mother worked nights as a ward clerk at Macon Hospital. Whenever our family would pay a visit to family back in our home state, he always made time to drive us by the rundown house he grew up in, the elementary and high schools he attended, all in Macon's downtown district. He was the fourth of four children, his siblings being 16, 14, and 8 years older than he. Key entered Mercer University in view of a ministry calling in the future. He was the only one of his siblings to graduate from college. He later earned a Master's degree from Southern Seminary in Louisville, Kentucky. He was never pretentious to his family. He was always rather self-deprecating. Yet, his humble personality always lit up a room with his genuine wit, love for people and laughter, and his gentle heart and nature. He instilled this humble quality in his children, while always encouraging them to aim high in their goals and in their relationships.

I have always known him to be compassionate. He could not bear seeing someone in need, pain, duress, or want. He often gave handouts to homeless, placard-holding persons seeking money for food; on many of those occasions our children were with us, and thus, without thinking about it, he was setting an example of compassion for them. (On a trip to Chicago with his three college-aged kids, one evening, he witnessed one of our daughters giving her meal to a needy man walking down the street. It was the first thing he told me when calling me at home that night.) Together, he and I gave to charities, mission groups, friends in need, and, throughout our

marriage, gave ten percent of our minister's and high school English teacher's incomes to the church.

Key has always been loving husband towards me. He daily told me I was "the love of his life" and that I always would be. Even when shaken to the core of his being on October 16, 2014, his first words to me over the phone were "I am so sorry. I love you and always have." I had never in all the years we were together doubted his love, loyalty, and respect for me.

Key Chambers is a man of faith. We always prayed together, for each other, for our kids, for our friends, for people in crisis, whether they be of situations close to us or world-wide. His ministry was sincere to all and life-changing for several who eventually entered full-time ministry as a result of his leadership. He consoled, wept for, listened to, prayed with people in hospitals, nursing facilities, and in homes with those who were suffering family crisis, recovering from surgery, or at death's door. Whether day or night, he ministered to others for God. Key was, is, and always will be a man of faith.

As a devoted father to his son and two daughters, he has spent precious time with them all their lives, no matter his schedule. He led them spiritually, coached all three on their respective softball and baseball teams, laughed with them, corrected them, and was deeply saddened as each one left for college and later married, which led to moves in other locales. But, he was always uplifted knowing they had grown from the best kids he could ever hope to have to the best adults who were now forging their way into the world. As a testament to their father, and mother, our children have stayed bonded in heart by convening three to four times a year, even though living several states apart, to play, laugh, love, and enjoy our life-long Chambers' family fellowship, which has become even more special with the arrival of grandchildren.

In summing up Key's character, life experience, goals, and contributions, it seems that asking for mercy in ruling towards the lower end of the sentencing range would be fair and just not only in achieving punitive demands, but also fair and just in allowing a man who lived sixty-three years of a clean and unselfish life (now forever marred by a foolish, out-of-character, and unthinkable act) be allowed the hope of life outside of prison, to be reunited with his family who still loves him and who prays that he can one day know the love of his grandchildren.

Thank you for your consideration,

*Debra G. Chambers*

**Debra G. Chambers**

August 24, 2016

Dear Chief District Judge Joseph H. McKinley Jr.,

My name is Ellen Rielandt and I was organist at Crestwood Baptist Church for over 30 years, 20 of those with Key Chambers as Minister of Music. Key and I worked together at choir rehearsals, church services, weddings, and funerals. Everyone (including my family) loved Key! He was funny and likeable. His compassionate and congenial spirit was the glue at our church as 4 different ministers served and left for other pastorates.

When he and his family first moved to Crestwood at the beginning of his ministry at our church, he was a student at Southern Baptist Seminary. I remember the graduation party we gave at our home for his steadfast desire to complete his degree. The choir and the church supported him because they loved him so much.

He was a friend who was there to officiate at our daughter's wedding and my mother's funeral. He was like a brother to me.

With his leadership our church had a Living Christmas Tree music performance for our community. Many members of the choir came from other churches in the area. They would always talk about how much they enjoyed it because of Key's likeable and witty self. It was very important to him to tell the true meaning of Christmas — Christ's birth — through our music.

He and his wife, Debra, always took the youth choir on a trip in the summer. My daughter was a member of the youth choir and there was never anything that would even suggest that Key would have acted inappropriately.

I am still overwhelmed by this tragedy he became involved with and his participation in same. As a mother, teacher, grandmother and Christian, this has shaken me to the core. This is not the Key Chambers I knew! Something deeply troubling within him had to be amiss for Key to have been complicit in the gut-wrenching acts. Although I have not seen him since well before his arrest, I know from family and friends who have seen him, that he has accepted responsibility for his wrongdoing and is very remorseful. Working closely with him and knowing my friend for +20 years, I know that these words "accepted responsibility" and "remorseful" are accurate.

I realize you didn't know Key prior to his arrest for these tragic crimes. As a mother of a daughter and grandmother to a granddaughter I have shed tears and prayed for this young victim. I want you to know, however, that he is worthy of our efforts as a human being to help him through this very low time. I hope he will be helped to overcome whatever it was that drove him to commit these crimes, to help him find the strength to stand up to the type of people who have led Key down the wrong path. Also, with all of this, that there be help for the young victim not only to understand that wrongful acts are punished, but that all humans are worthy of respect.

I know Key's family have and will continue to suffer immeasurably through this as well. I expect Key will be a model prisoner and I know he will try to help and minister to others while in prison.

Judge, I can only imagine that the sentencing phase would be the hardest thing in the

world for you or any other person concerned with justice and fairness; although the number of crimes may cry out for a more severe sentence, this man in the past has also proven time and time again that he has also been a positive human being for the community and everyone he had contact with throughout the years.

I pray that you will be guided in making the right choices as to sentencing, and I pray that those choices will add no unnessary years to the sentence for Key Chambers.

Thank you for your time.

Sincerely,
Helen Roelandt

①

To District Judge Joseph H. McKinley Jr.

My name is Connie Gregory. I am
writing in regard to Howard Key
Chambers.

I have known Key Chambers for
over 30 years. He was my minister
of music at Crestwood Baptist Church
and De Haven Baptist Church. I was
one of his accompanists for 20 years.
I knew him to be kind, considerate,
and fair in all aspects of his job.
Key and his family were our friends
as well. He loved people of all ages
and cared about their well-being
He also worked with three of our
grandchildren for several years as they
played instruments for our musicals.
They loved and respected him as all
who knew him did. Key was a
person you could count on for
support. He was a genuine and
responsible person and leader.

I do not know what happened
to his mind that caused him to commit
this crime. It certainly was not
characteristic of him. I believe he will
always be the responsible and fine
person I spoke of if he is able to

②

return to society. I know he
has already spent almost two years
of incaceration and I ask you
to please consider being lenient.

Thank You
Sincerely, Connie Gregory

Federal Chief District Judge -
United States District Court
The Honorable Joseph H. McKinley, Jr.
U. S. District Court for the District of Kentucky
Louisville, Ky

Dear Chief Judge McKinley,

We are writing to you to show our love and support of Key Chambers. We agree what he did (did not know details) was wrong and he should be held accountable. But, we still support him by praying for him, his family and also the family he hurt.

We were at Crestwood Baptist Church when Key and his family came as Music Director in the late 80's. We enjoyed his leadership until recent years when he was let go after a new pastor came. During those years Key baptised our youngest daughter then in '02 and in '03 he performed the wedding ceremony for each of our girls. We always expected at some time in the future he would do our funerals. Makes us very sad to know that will not happen.

Hope this will help to show Key as a loved and respected member of society. Have no understanding of how he could have gone in the direction he did.

Respectfully,

Jane & Harry Roush

To: Chief District Judge Joseph H. McKinley, Jr.

August 15, 2016

I do not defend the actions of the man, Key Chambers, for the past 2 to 3 years. However, the man I knew for almost 20 years was a devoted family man who was happy, content and working toward goals until he was fired from a position he had held for over 17 years. His life was turned upside down. He considered himself a failure, not living up to the expectations of his family, friends and church. He began a downward spiral.

He was able, to a degree, to hide this and was caught up in a lifestyle that quickly became uncontrollable.

I believe the man I first knew is who he really is, I believe with help, he can be a man with goals, happy and content once again.

Needra Roberts

To Whom It May Concern:

I am writing on behalf of my father-in-law Howard Key Chambers. I understand that he has placed himself in a poor situation, and I write now to ask for fairness and mercy in his sentencing. I understand that his charges are of a reprehensible type, but I ask you to take his entire life record under consideration for your decision. He has been a wonderful father to my wife, and has been a father to me above and beyond what I could have ever expected.

I ask you to consider the fact that he has had a long career of helping people in the community, and has been a model citizen until now. I realize that his profession makes his charges unforgivable at first glance. However, consider the fact that no one else has come forward with allegations, and many people are still supporting Key through all of this. I am sure that in your experience you would agree this is contradictory to most who are charged with this crime. I also ask you to see how many people in his community still know that this is not who Key is.

This brings me to another aspect that I feel I am the only person in my family equipped to address. Over the last two plus years of medical school, I have been trained to recognize and define psychiatric illness. I realize that he was evaluated by a professional, but no individual's perspective in 3 hours can compare to living with someone for two years. Had I known then what I have since learned; I would have recognized that he has been misdiagnosed his entire life because he has tried to hide certain symptoms from his physicians. He was being treated for one disorder that was likely making his disorder worse. I understand that no illness is an excuse for his crimes, but I implore you to consider the effects that it has had on his life. His condition removes inhibitions and makes him place himself in bad situations. He eventually got himself into the worst of all situations, and proceeded to continue making terrible decisions due to his own vanity and pride. This man has led an exemplary life, and yet was spiraling out of control in his hypomanic states, culminating with the present situation.

I have addressed all of this in hopes of presenting the entire picture for why I believe Key does not deserve to spend the rest of his life in prison. We understand that he must pay time for his transgressions, but we hope that you will grant us the chance to see him free and support him as he leaves this world with his family rather than alone. We want nothing more than the chance to have him come home and see his grandchildren so that they may actually know who he is, instead of the person behind the glass. Key is a wonderful man who has suffered for many years with an illness, and has still managed to be a wonderful husband, father, and grandfather through it all. He has touched the lives of many, many, people in wonderful ways. He went through life for sixty-two years without needing a second chance. That is what humanity is supposed to be about because none of us are perfect. So now in his darkest hour, we plead for admittedly a very big second, and last, chance for our father.

Respectfully,

Jonathan D. Napier MS, B.S.

Your Honor Judge McKinley,

I have known Howard Key Chambers for over 20 years and worked with him for 12. He has been a good & faithful friend. After a new regime came in and replaced all of us I saw a different person. He was distressed and in financial trouble. I believe this contributed to his downfall. Before, he was a delight to all, a unifier, compassionate, and responsible. He was and is beloved by so many.

I understand conguences in this situation I do not condone what has taken place. It was a horrible mistake. But Key does not fit into the prison population. My plea is for the lesser time so that he can get the help he needs and spend his remaining years with those who love him.

Sincerely

Pamela J. Lunsford

Lucy Lucas

Westport, KY 40077


August 25, 2016

Dear Chief District Judge Joseph H. McKinley, Jr:

I have been acquainted with the family of Harold Key Chambers for many years. His wife, Debra, and I taught together in the same department at Oldham County High School and have been friends for many years. As Key's wife, Debra often reported on family activities that showed them as a loving unit. They spent a lot of time together with their children engaged in fellowshipping and vacationing together.

Though I have mainly known Key through Debra, I also attend a church in the same association of churches where Key served in two different churches as minister of music. Though I didn't work with him personally, I often attended events he orchestrated and saw him easily handle a myriad of details on large productions. He seemed to work tirelessly to make what he did as professional as possible. I never heard of any improprieties while he worked in either of these positions.

I am aware of Key's family's continued support of him throughout this painful experience. I also know with that support and his faith, should he choose to avail himself of these, he has potential to redirect his life from the mistakes he has made. I hope you will consider this as you make your decisions.

Sincerely,

*Lucy Lucas*

Lucy Lucas

The Honorable Joseph H. McKinley, Jr.
Chief Judge, United States District Court
Western District of Kentucky


To the Honorable Joseph McKinley,

   Howard Key Chambers came into our lives in 2004 after our son  met his daughter Kathryn . I was introduced to the man who would become our son's  father-in-law. Within a few visits I knew I had met a man who considered his family and the church his top priority.  In 2005, as a Methodist clergy myself, I participated with Key in the ceremony of matrimony between our children.

   In my encounters with Key, he was jovial, warm and seemed deeply engaged in life. Beyond his primary job as music director, Key mentioned numerous funerals and many weddings where he was asked to be the officiate.  He visited in hospitals frequently and showed himself to be a deeply caring individual.   We heard of numerous trips he and Debra made to visit lifelong friends. He loved to play golf with men of the church and with his wife,  and they played often.   They dined out regularly with numerous family and church  friends on the weekends.  Everything we saw and heard about Key spoke of a man and his wife who were extremely respected by the community.

   His children adored him, and they shared a deep friendship as well as a child-father relationship.  I remember hearing of a  trip he, his son, and his son-in-law  made to see the Atlanta Braves.  They just decided to leave Louisville and drive all night to make it to the game.

    There was nothing that I ever saw that called his character into question in any way. Yet, I am clear that his actions two years ago are as confusing as they are criminal.

   I pray for him and for you as you make your sentencing decision.  I am grateful for any consideration you can give to the age of the man, his family and the circumstances that may have led to this crime.


Respectfully,

Richard N. Galbreath

The Honorable Joseph H. McKinley, Jr.
Chief Judge, United States District Court
Western District of Kentucky

To the Honorable Joseph McKinley,

I am the Mother-in-law of Kathryn (Katie) Galbreath, the oldest daughter of **Howard Key Chambers**.  In that capacity, I have known Key since the time of first meeting Katie's family in 2004.  The man who was to be our son's father-in-law was very hospitable, gregarious and confident as he introduced us to numerous friends we encountered at the restaurant where we had dinner.  We also attended church with the family.  There I saw a very talented music director leading a large choir which had just returned from a tour in Greece.  It was obvious that he and his wife Debra were well loved and respected in the church and in the community.

My husband, a Methodist minister, and Key stood side by side as officiates at the wedding of their son and daughter.  Key's words to the couple were heartfelt and moving as he pronounced them man and wife.  His younger daughter, then still a teenager, sang a duet with Key's brother which I will never forget.  I met Key's sisters (now deceased) and his brother's family and marveled at the bond they seemed to share.  Laughter and fun was a big part of their gathering times at Katie and Rob's home as they played cards and board games and engaged in numerous outdoor sports.

On a number of occasions, Key, Debra and their then unmarried children joined us at our home for Christmas or Easter events. On one occasion, our two families vacationed together. Again, the fun they had together and the closeness of the family was beautiful.

Whatever happened to occasion the crime Key committed is unknown to me, but I truly feel that it in no way represents the true character of this man.   During the past two years, I have witnessed the unspeakable pain of this family as they tried to understand how and why this crime happened.   I have seen his wife and children continue to love and support him with every ounce of their being - never denying the crime that occurred but knowing this was not the father or husband they knew.

As the court takes action on this case, it is my prayer that in his lifetime, his children and his little grandchildren will be able to see him outside the bounds of prison life. Whatever happens, I hope that Key will find a way (in whatever circumstance he is in) to continue to make contributions to the community of which he will be a part.

Thank you for your time and consideration.

Sincerely,

Diane Galbreath

8-24-16

Judge Joseph H. McKinley Jr.

On behalf of Howard Key Chambers.
As being in the choir that he
directed at my church for 6 yrs.
Never saw anything out of the
way. He was always full of
life. funny, loving and kind.
Always telling funny jokes and
making us laugh. I can't say
anything bad about him in
the time that I have know him.
Will always love him as a Brother
in Christ. He was one of my favorite
music directors. because of his
love & kindness.

Anna Due Craignyle
a Choir member and
friend.

August 25, 2016

The Honorable Joseph H. McKinley, Jr.
Chief Judge, United States District Court
Western District of Kentucky

I met Howard Key Chambers seven years ago and if it were not for him I wouldn't be writing you today. Key is my husbands father and the man who helped bring us together. From the moment I met Key I knew he was a great family man and someone of deep faith.

I am shocked we are here today because I never would have thought Key would have put himself in this position. I have never witnessed any behavior liken to what he has admitted to. I strongly believe Key was not in the right state of mind before his incarceration. Nothing will make his actions excusable but I believe in forgiveness and want my future children to have a chance to know the man I know Key to be.

On behalf of myself, my family, and my future kids, please take into consideration all the good key brought to his community, his church, and his family before sentencing.

Sincerely,

Stefanie Chambers

August 25, 2016

The Honorable Joseph H. McKinley, Jr.
Chief Judge, United States District Court
Western District of Kentucky

Words cannot describe the sorrow I have for
the actions my father, Howard Key Chambers
took and the effect it had on everyone
involved. The man that committed these
terrible acts is not the man that raised
me or lived 62 years on earth as a
compassionate, loving and law abiding
human being.

In the months prior to his incarceration,
I believe my father suffered from
depression and was on multiple medications
that may have altered his behavior and
clouded his judgement. But excuses cannot
erase or justify what happened. My father
realizes that and accepts full responsibility
for his actions and is prepared to accept
the consequences.

Before you make your judgement, please
know my father was a beloved figure
in our family, community and church.

He spent his entire adult life helping and comforting people in need. Growing up several of my closest friends admired him so much and often commented they wished their father were more like my dad.

At his advanced age we're devastated at the reality he may die in prison and never have a chance to be with his family again. I plead with you to show as much mercy as possible so that my dad may serve his debt to society in a safe and peaceful environment. And, maybe one day have a chance to show the world he can be the man we truly know him to be.

Sincerely,

Britt Chambers

8/25/16

CHIEF DISTRICT JUDGE JOSEPH MCKINLEY, JR

Dear CHIEF DISTRICT JUDGE;

As we do not approve of Key Chambers
Charged actions we are here to ask for mercy
on his due sentence time. We have have
Known Key and shared many funny times with
him. He was the minister in both of my
daughter's weddings.

Thanks again for liniency so he
may be able to spend some time in the
future with his family.

Sincerely

Seven Arrington

August 23, 2016


Dear Chief District Judge McKinley, Jr.,

My name is Beverly Stephens Allen.  I have known Key
Chambers since 1982.  In the first few years I served as a
volunteer working with the youth at Tattnall Square Baptist
Church in Macon, Georgia, where Key was the Minister of
Music & Youth. After several years I joined the staff as well.
Key was an excellent musician and worked diligently and
effectively with all age groups.  He was my co-worker and
friend.  In those days I also babysit for Key & Debra as they
attended meetings, went to school and had obligations to
fulfill.  It was a joy and honor to be with Katie, Britt and Erin.  I
considered them my "other" family.

Our paths crossed again when I moved to Kentucky in 1989 to
further my education and ministry.  It was here that I met my
future husband.  Key was the presiding minister at our wedding
in 1991.  In 1992 Tom and I moved to North Carolina.  We have
remained friends with the Chambers in the years since that
move, getting together as often as possible.

The Key Chambers that I know and love is a man of
unquestionable character, honest, faithful and a positive
influence to so many people.

I know nothing about this case in which he has pled guilty.  All I
can say is that this is very inconsistent with the person I know.

Please take into consideration the words I have shared as you make your decision concerning his sentencing.  I appreciate the work of your office and trust you to make the best possible decision in a very bad situation.


Sincerely,

Beverly Allen
Beverly Allen

August 27, 2016

Chief District Judge Joseph H. McKinley Jr.

Re:  Howard "Key" Chambers

Dear Sir:

My name is Linda Goff and I am a retired Social Worker.  I retired last year from Baptist East Hospital after working there for 16 years.  In the early years of my career, I worked in Child Abuse & Neglect Indiana.  My husband is a retired Nursing Home Administrator and a Minister.  We have lived in Crestwood, KY for the last 36 years. We are writing in support of Key and asking for a lesser sentence when you make your decision.

We have known Key for over 25 years.  We first knew him when he became Music Minister at Crestwood Baptist Church and then at DeHaven Baptist Church where he was Associate Pastor and Music Minister. I sang in the choir under Key's leadership most of the 25 years.

Key has always been a very easy going man with a good sense of humor.  He was transparent and unafraid to joke about himself and his life.   He has always been a very caring and compassionate person. His life reflected his values and beliefs and his desire to be a good witness for Christ.

As Music Minister, Key was back up to the Pastor as well as working alongside other church staff.  Two different times when Crestwood Baptist was without a Pastor, Key stepped in and helped stabilize the church body until the new Pastor arrived.  He was known and respected in the community and was called upon to participate in various public and school activities.  There was a period of time that several teenagers in the community died prematurely through auto accidents and with a few taking their own lives.  Key was the person called upon by those families when these tragedies occurred.  He performed many weddings for the young adults who had been involved in Youth and Music activities with him.  My son, who is now 39 years old was in Youth and Music activities from 6th grade through High School.  He went on yearly Choir and Youth Mission trips as well as participated in other activities under Key's leadership.

We do not think Key has a hidden past with a history of molesting children.  All the trips and activities included adults who served as Chaperones and assisted Key and the Youth Minister in those activities. The nature of Key's Ministry was such that his interactions and activities were on a very public level and open to scrutiny.  I believe in all those years there would have been some concerns raised by adults and teens if there was anything going on that did not seem right.  My son said that he never saw or heard anything that cast a shadow over Key's behavior.

My spouse and I realize that Key committed a terrible crime and will have to pay the legal consequences. As Christians, we know that he is also accountable to God for what he did. We believe Key is very much aware of what he did and the fact that he has to answer to man's law and God's law.  He also has to live with guilt and regret for what he has done. He knows that when he does get out of prison, his life will never be the same.  We are asking that you give Key as light a sentence as possible.  We hope that his sentencing will include rehabilitative treatment.  We do not believe Key will ever be a threat to children or adults when he is released from prison.

Thank you very much for reading this letter and giving consideration to our remarks when you sentence Key.


Sincerely

*Rev Earl E. Goff*                                    *Linda Goff*
Rev Earl E. and Linda Goff